AFTER REMAND FROM ALABAMA SUPREME COURT
This cause is hereby remanded with directions to the Circuit Court of Montgomery County, Alabama, for a hearing, with counsel present to represent the appellant, Eddie Lee Foster, and there to adjudicate his claim under the standards ofStrickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052,80 L.Ed.2d 674 (1984). The foregoing is required by the opinion of the Alabama Supreme Court, Ex Parte Foster, 548 So.2d 478. Due return shall include the trial judge's order and judgment and shall be filed in this court showing the disposition of this cause.
REMANDED WITH DIRECTIONS.
All the Judges concur. *Page 481